EOD MAR 2 9 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
00 MAR 24 AM 10: 34
TX EASTERN-BEAUMONT

| | | |
|---|---|---|
| IN RE NORPLANT CONTRACEPTIVE PRODUCTS LIABILITY LITIGATION | § | MDL DOCKET NO. 1038 |
| Sharon Glover, et al. | § | |
| v. | § | No. 1:95CV5175 |
| AMERICAN HOME PRODUCTS CORPORATION | § | |

### ORDER GRANTING MOTION TO WITHDRAW

On this day came on to be considered Michael L. Slack's Motion to Withdraw as Counsel for Plaintiff, Elizabeth Gonzalez. The Court being of the opinion that said Motion is well taken, it is, therefore,

ORDERED, ADJUDGED and DECREED that Michael L. Slack's Motion to Withdraw as Counsel be and the same is hereby GRANTED.

SIGNED this 23 day of March, 2000.

_Richard A. Schell_
JUDGE PRESIDING